**Bradford METCALF, Petitioner—Appellant,**

v.

**Bart MASTERS, Warden, FCI McDowell, Respondent–Appellee.**

No. 15–7524.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 26, 2016.

Bradford Metcalf, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradford Metcalf, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Metcalf v. Masters,* No. 1:14–cv–27185, 2015 WL 5031557 (S.D.W.Va. Aug. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*